UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
14 AUG -7 PM 4:04

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: DG, DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>SERGIO SANTAMARIA,<br><br>                Defendant. | CASE NO. 13CR1137-GPC<br><br>JUDGMENT OF DISMISSAL |

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__x__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

____ the Court has granted the motion of the Government for dismissal, without prejudice; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense(s) as charged in the Information:

8:1326(a),(b)

    IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: August 7, 2014

                                            Jan M. Adler
                                            U.S. Magistrate Judge